CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00228-KJD-NJK-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED PETITION FOR ACTION |
| | ) | ON CONDITIONS OF <u>PRETRIAL RELEASE</u> |
| KIMBERLY REBETTER | ) | |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is an Amended Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Mariah Bassler-Wide</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 23rd day of March, 2021.

CHRISTIOPHER CHIOU
Acting United States Attorney

By ___/S/_____.
RICHARD ANTHONY LOPEZ
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. KIMBERLY REBETTER                                      Docket No: 2:17-CR-00228-KJD-NJK-2

Petition for Action on Conditions of Pretrial Release

      COMES NOW MARIAH BASSLER-WIDE, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kimberly Rebetter. The defendant initially appeared on January 3, 2020, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall use her true name only and shall not use any false identifiers.
3. The defendant shall not possess or use false or fraudulent access devices.
4. The defendant shall not obtain a passport or passport card.
5. The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
   Travel is restricted to the Central District of California unless preapproved by Pretrial Services.
6. The defendant may travel to the District of Nevada for the purpose of Court and attorney visits.
7. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
8. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
9. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
10. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
11. The defendant shall refrain from any use of alcohol.
12. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
13. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
14. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
15. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.

16. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
17. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On February 3, 2021, the defendant failed to appear for a substance use group counseling session.
2. On February 11, 2021, the defendant failed to appear for a drug test.
3. On February 15, 2021, the defendant failed to appear for mental health counseling session.
4. On February 18, 2021, the defendant failed to appear for mental health counseling session.
5. On February 20, 2021, the defendant failed to appear for a drug test.
6. On February 24, 2021, the defendant failed to appear for a drug test.

**PRAYING THAT THE COURT WILL AMEND THE PETITION DATED MARCH 4, 2021, TO INCLUDE THE FOLLOWING VIOLATION:**

1. On March 13, 2021, the defendant failed to appear for a drug test.

ORDER OF COURT

Considered and ordered this __24th__ day of March, 2021 and ordered filed and made a part of the records in the above case.

_____
Honorable Cam Ferenbach
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 23rd day of March, 2021.

Respectfully Submitted,

_____
Mariah Bassler-Wide
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada