KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:	(702) 678-6700
Facsimile:	(702) 678-6767
E-Mail:	advocate@kconnollylawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KIMBERLY JACQUEL REBETTER,<br><br>               Defendants. | CASE NO.: 2:17-cr-0228-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL APPEARANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant Kimberly Jacquel Rebetter, that the initial appearance scheduled for May 26, 2023 be vacated continued to May 31, 2023 at 2:30pm.

This stipulation is entered into for the following reasons:

1.	Defendant Rebetter was arrested on May 1, 2023, after having been at large since 2021.

2.	On May 25, 2023, at 2:13pm, Defense counsel Connolly's office received notice of Defendant's Initial Appearance scheduled for May 26, 2023, at 2:30pm. Defense counsel for Rebetter, Karen A. Connolly, will be out of the jurisdiction. The trip was scheduled prior to receipt of notice of the initial appearance hearing.

/ / /

/ / /

3. This is the first request for a continuance of the initial appearance.

DATED this 25 day of May, 2023.

Respectfully Submitted,

|  | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Karen A. Connolly* | */s/ Richard Anthony Lopez* |
| KAREN A. CONNOLLY<br>Counsel for Defendant<br>Kimberly Jacquel Rebetter | RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-cr-0228-KJD-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| KIMBERLY JACQUEL REBETTER, | |
| Defendants. | |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Appearance currently scheduled for May 26, 2023, at the hour of 2:30 p.m., be vacated and continued to May 31, 2023 at 2:30pm.

DATED this <u>26th</u> day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE