# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KIMBERLY JACQUEL REBETTER,<br><br>        Defendants. | CASE NO.: 2:17-cr-0228-KJD-NJK<br><br>**ORDER** |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Hearing on Violation of Pretrial Release currently scheduled for June 5, 2023, at the hour of 3:00 p.m., be vacated and continued June 13, 2023 at 10:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this  1st   day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

2023-05-31 Stip to Cont Viol of Pretrial Release.wpd    3