KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:  (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:       advocate@kconnollylawyers.com
*Attorney for Kimberly Jacquel Rebetter*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY JACQUEL REBETTER,<br><br>Defendant. | CASE NO.: 2:17-cr-228-KJD-NJK-2<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Kimberly Jacquel Rebetter, by and through her CJA counsel, Karen A. Connolly, hereby moves this Court to terminate Ms. Connolly's appointment and remove Ms. Connolly as her attorney of record. Further, Ms. Rebetter requests that Ms. Connolly be removed form the CM/ECF E-Notice List. Ms. Connolly was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e), on January 3, 2020 [ECF No. 57]. The Court issued a Judgment on September 15, 2023 [ECF No. 195]. Ms. Connolly therefore completed her appointed task and should be removed as attorney of record.

For the above reasons, Ms. Connolly's CJA appointment should be terminated, and she should be removed from the CM/ECF E-Notice List.

Respectfully submitted this 7th day of March, 2024.

**KAREN A. CONNOLLY, LTD.**

  */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:    (702) 678-6700

/ / /

Mtn to Withdraw as Counsel.wpd

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 7 day of March, 2024, I served a true and correct copy of the above and foregoing *Motion to Withdraw as Counsel* via the CM/ECF system on all parties or persons requiring notice.

                                                   /s/ Shaeley Foster
                                                  an Employee of KAREN A. CONNOLLY, LTD.

Date: 03/11/2024

                                                  KENT J. DAWSON
                                                  UNITED STATES DISTRICT JUDGE